**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02913-BNB
**(The above civil action number must appear on all future papers**
**sent to the court in this action.  Failure to include this number**
**may result in a delay in the consideration of your claims.)**

CHRISTOPHER JON MILLER,

Plaintiff,

v.

MARGARET HEIL, In her Official Capacity as Program Administrator of the SOTMP,
and Chief of Rehabilitation Programs,
RICHARD G. LINS, Individually, and in his Official Capacity as SOTMP Therapist, and
Litigation Coordinator,
CHRISTINA ORTIZ-MARQUEZ, Individually, and in her Official Capacity as SOTMP
Therapist,
SAMUEL MICHAEL DUNLAP, in his Official Capacity as SOTMP Phase II Program
Coordinator,
BURL MCCULLAR, in his Official Capacity as SOTMP Program Manager,
ARISTEDES ZAVAR[A]S, in his Official Capacity as Executive Director,
CHRISTINE TYLER, Individually, and in her Official Capacity as SOTMP Therapist, and
JAYLYNNE CHUPP, in her Official Capacity as SOTMP, Therapist,

Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a letter to the court and a Prisoner Complaint.  He has

failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915.  As part of the court's review pursuant

to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

| | | |
|---|---|---|
| (1) | <u>X</u> | is not submitted |
| (2) | __ | is missing affidavit |
| (3) | <u>X</u> | is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing |
| (4) | __ | is missing certificate showing current balance in prison account |
| (5) | __ | is missing required financial information |
| (6) | __ | is missing an original signature by the prisoner |
| (7) | __ | is not on proper form (must use the court's current form) |
| (8) | __ | names in caption do not match names in caption of complaint, petition or habeas application |
| (9) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (10) | <u>X</u> | other:  **Motion is necessary only if $350.00 filing fee is not paid in advance.** |

**Complaint, Petition or Application**:

| | | |
|---|---|---|
| (11) | __ | is not submitted |
| (12) | __ | is not on proper form (must use the court's current form) |
| (13) | __ | is missing an original signature by the prisoner |
| (14) | __ | is missing page nos. ___ |
| (15) | __ | uses et al. instead of listing all parties in caption |
| (16) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (17) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (18) | __ | names in caption do not match names in text |
| (19) | __ | other _____ |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following form:  Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED December 8, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02913-BNB

Christopher Jon Miller
Prisoner No. 120154
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 form** to the above-named individuals on December 8, 2010.

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk