IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-2913-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

CHRISTOPHER JON MILLER,

JAN 1 0 2011

GREGORY C. LANGHAM
CLERK

      Plaintiff,

v.

MARGARET HEIL, In her Official Capacity as Program Administrator of the SOTMP,
    and Chief of Rehabilitation Programs,
RICHARD G. LINS, Individually, and in his Official Capacity as SOTMP Therapist, and
    Litigation Coordinator,
CHRISTINA ORTIZ-MARQUEZ, Individually, and in her Official Capacity as SOTMP
    Therapist,
SAMUEL MICHAEL DUNLAP, in his Official Capacity as SOTMP Phase II Program
    Coordinator,
BURL MCCULLAR, in his Official Capacity as SOTMP Program Manager,
ARISTEDES ZAVAR[A]S, in his Official Capacity as Executive Director,
CHRISTINE TYLER, Individually, and in her Official Capacity as SOTMP Therapist, and
JAYLYNNE CHUPP, in her Official Capacity as SOTMP, Therapist,

      Defendants.

---

ORDER DRAWING CASE

---

      Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 10, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02913-BNB

Christopher Jon Miller
Prisoner No. 120154
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

        I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on January 10, 2011.

                        GREGORY C. LANGHAM, CLERK


                        By:_____
                                Deputy Clerk