IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02913-WYD-BNB

CHRISTOPHER JON MILLER,

    Plaintiff,

v.

MARGARET HEIL, in her Official Capacity as Program Administrator of the SOTMP and Chief of Rehabilitation Programs;
RICHARD G. LINS, Individually, and in his Official Capacity as SOTMP Therapist, and Litigation Coordinator;
CHRISTINA ORTIZ-MARQUEZ, Individually, and in her Official Capacity as SOTMP Therapist;
SAMUEL MICHAEL DUNLAP, in his Official Capacity as SOTMP Phase II Program Coordinator;
BURL MCCULLAR, in his Official Capacity as SOTMP Program Manager;
ARISTEDES ZAVAR[A]S, in his Official Capacity as Executive Director;
CHRISTINE TYLER, Individually, and in her Official Capacity as SOTMP Therapist; and
JAYLYNNE CHUPP, in her Official Capacity as SOTMP Therapist,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Special Assignment Pursuant to D.C.Colo. Local Civil Rule 40.1 filed January 14, 2011 (ECF No. 10), asking that the case be assigned to me, is **DENIED AS MOOT** in light of my assignment to this case by random draw.

    Dated this 20th day of January, 2011.