IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02913-WYD-BNB

CHRISTOPHER JON MILLER,

    Plaintiff,

v.

MARGARET HEIL, in her Official Capacity as Program Administrator of the SOTMP and Chief of Rehabilitation Programs;
RICHARD G. LINS, Individually, and in his Official Capacity as SOTMP Therapist, and Litigation Coordinator;
CHRISTINA ORTIZ-MARQUEZ, Individually, and in her Official Capacity as SOTMP Therapist;
SAMUEL MICHAEL DUNLAP, in his Official Capacity as SOTMP Phase II Program Coordinator;
BURL MCCULLAR, in his Official Capacity as SOTMP Program Manager;
ARISTEDES ZAVAR[A]S, in his Official Capacity as Executive Director;
CHRISTINE TYLER, Individually, and in her Official Capacity as SOTMP Therapist; and
JAYLYNNE CHUPP, in her Official Capacity as SOTMP Therapist,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -1 2011

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.

Dated:  February 1, 2011.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02913-WYD-BNB

Christopher Jon Miller
Prisoner No. 120154
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Margaret Heil, Richard G. Lins, Christina Ortiz-Marquez,
Samuel Michael Dunlap, Burl McCullar,
Christine Tyler, and Jaylynne Chupp - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for: Aristedes Zavaras

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Keith Nordell for service of process on Margaret Heil, Richard G. Lins, Christina Ortiz-Marquez, Samuel Michael Dunlap, Burl McCullar, Christine Tyler, and Jaylynne Chupp; to the Untied States Marshal Service for service of process for Aristedes Zavaras: COMPLAINT FILED 12/01/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/1/11.

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk