IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02913-WYD-BNB

CHRISTOPHER JON MILLER,

Plaintiff,

v.

MARGARET HEIL, in her official capacity as Program Administrator of the SOTMP and Chief of Rehabilitation Programs,
RICHARD G. LINS, individual, and in his official capacity as SOTMP therapist, and litigation coordinator,
CHRISTINA ORTIZ-MARQUEZ, individually, and in her official capacity as SOTMP therapist,
SAMUEL MICHAEL DUNLAP, in his official capacity as SOTMP Phase II Program Coordinator,
BURL MCCULLAR, in his official capacity as SOTMP Program Manager,
ARISTEDES ZAVAR[A]S, in his official capacity as Executive Director,
CHRISTINE TYLER, individually, and in her official capacity as SOTMP therapist, and
JAYLYNNE CHUPP, in her official capacity as SOTMP therapist,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   This matter is before the Court on the **Plaintiff's Motion Requesting Service of Process** [docket no. 16, filed February 2, 1011] (the "Motion").

   IT IS ORDERED that the Motion is DENIED AS MOOT. Waiver of service of process was returned executed on all defendants except defendant Zavaras on February 1, 2011. An order granting service on defendant Zavaras was entered on February 1, 2011.


DATED:  February 3, 2011