IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02913-WYD-BNB

CHRISTOPHER JON MILLER,

Plaintiff,

v.

MARGARET HEIL, in her official capacity as Program Administrator of the SOTMP and Chief of Rehabilitation Programs,
RICHARD G. LINS, individual, and in his official capacity as SOTMP therapist, and litigation coordinator,
CHRISTINA ORTIZ-MARQUEZ, individually, and in her official capacity as SOTMP therapist,
SAMUEL MICHAEL DUNLAP, in his official capacity as SOTMP Phase II Program Coordinator,
BURL MCCULLAR, in his official capacity as SOTMP Program Manager,
TOM CLEMENTS, in his official capacity as Executive Director,
CHRISTINE TYLER, individually, and in her official capacity as SOTMP therapist, and
JAYLYNNE CHUPP, in her official capacity as SOTMP therapist,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS HEREBY ORDERED that a preliminary Scheduling Conference is hereby set for **March 22, 2012**, **at 9:30 a.m.**, in Courtroom A-401, Fourth Floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C. COLO. LR 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. **Plaintiff and his case manager will contact the court at: (303) 844-6408 on the above date and time in order to participate.**

     IT IS FURTHER ORDERED that a copy of this Order is to be mailed to the following:

CASE MANAGER FOR
CHRISTOPHER JON MILLER #120154
CROWLEY COUNTY CORRECTIONAL FACILITY
6564 STATE HIGHWAY 96
OLNEY SPRINGS, CO 81062-8700

DATED: February 21, 2012