IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-02913-WYD-BNB

CHRISTOPHER JON MILLER,

    Plaintiff,

v.

MARGARET HEIL, in her Official Capacity as Program Administrator of the SOTMP and Chief of Rehabilitation Programs;
RICHARD G. LINS, Individually, and in his Official Capacity as SOTMP Therapist, and Litigation Coordinator;
CHRISTINA ORTIZ-MARQUEZ, Individually, and in her Official Capacity as SOTMP Therapist;
SAMUEL MICHAEL DUNLAP, in his Official Capacity as SOTMP Phase II Program Coordinator;
BURL MCCULLAR, in his Official Capacity as SOTMP Program Manager;
ARISTEDES ZAVAR[A]S, in his Official Capacity as Executive Director;
CHRISTINE TYLER, Individually, and in her Official Capacity as SOTMP Therapist; and
JAYLYNNE CHUPP, in her Official Capacity as SOTMP Therapist,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Voluntary Dismissal of Complaint and Action filed March 19, 2012.  After a careful review of the motion and the file, I find that Plaintiff's motion should be granted.  I further find that this case should be dismissed with prejudice as Plaintiff asserts in the motion that he no longer has the time, wherewithal, resources, or desire to prosecute this action. Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion for Voluntary Dismissal of Complaint and Action (ECF No. 139) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(2) and this matter is **DISMISSED WITH PREJUDICE**.

Dated:  March 22, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge